```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :           **19 CR 627-8(VM)**
     - against -                       :              <u>ORDER</u>
                                       :
                                       :
LUCIAN ROGERS,                         :
                                       :
                    Defendant.         :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

A conference shall be held in the above-captioned matter before the Honorable Victor Marrero on Wednesday, June 3, 2020 at 2:00 p.m. In light of the ongoing public health emergency, the conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         28 May 2020

_____
Victor Marrero
U.S.D.J.