```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     **19 CR 627-8(VM)**
     - against -                    :        <u>ORDER</u>
                                    :
LUCIAN ROGERS,                      :
                                    :
                Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

A conference shall be held in the above-captioned matter before the Honorable Victor Marrero on Friday, July 17, 2020 at 3:00 p.m. In light of the ongoing public health emergency, the conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         4 June 2020

_____
Victor Marrero
U.S.D.J.