USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :           **19 CR 627(VM)**
         -against-                   :             **ORDER**
                                     :
LUCIAN ROGERS,                       :
                                     :
                 Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Government, with the consent of counsel for the Defendant (see Dkt. No. 70), requests that the status conference currently scheduled for July 17, 2020 be rescheduled. The conference shall be scheduled for Friday August 14, 2020 at 11:45 a.m.

**SO ORDERED:**

Dated:   New York, New York
         15 July 2020

_____
Victor Marrero
U.S.D.J.