

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Lucian Rogers</u>, 19 Cr. 627 (VM)

Dear Judge Marrero:

      A status conference is scheduled in the above-captioned case for defendant Lucian Rogers for October 16, 2020, at 1 p.m. On June 3, 2020 and August 14, 2020, Your Honor held conferences to address issues with respect to Rogers's compliance with certain pretrial release conditions. The Court scheduled the upcoming conference to allow the parties and the Court to assess whether Rogers has adjusted his conduct so as to comply fully with his pretrial release conditions. The Government has learned from Pretrial Services that, since the most recent conference, Rogers has been compliant with the terms of his release. Therefore, the Government, in consultation with Pretrial Services, recommends that the Court take no further action on this issue at this time, and, with the consent of the defendant by defense counsel, respectfully requests that the Court adjourn the October 16, 2020 status conference *sine die*.

      Respectfully submitted,

      Audrey Strauss
      Acting United States Attorney

By: _____
      Brett M. Kalikow / Alexandra N. Rothman
      Assistant United States Attorneys
      (212) 637-2220 / 2580

Cc: All Counsel of Record (via ECF)



Request **GRANTED.** The status conference scheduled for October 16, 2020 is hereby adjourned sine die.

**SO ORDERED.**

10/16/2020
DATE      VICTOR MARRERO, U.S.D.J.