USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :   **19 CR 627 (VM)**
                                   :       ORDER
LUCIAN ROGERS,                     :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

By letter dated May 17, 2021, Defendant Lucian Rogers ("Rogers") requested that the Court modify his conditions of bail to remove his curfew and location monitoring services. (See Dkt. Nos. 112; 114.) Rogers argued that he has been in full compliance with his conditions of bail, has committed himself to bettering his life, and has taken concrete steps with respect to both education and employment in furtherance of that goal. The Government opposes Rogers's request. (See Dkt. No. 115.)

While the Court acknowledges the steps Rogers has taken to better his life, and encourages him to continue taking such steps, the Court will deny his request. Compliance with the conditions of pretrial release is Rogers's obligation and the Court is not persuaded the conditions interfere with his education, employment, or other obligations.

**SO ORDERED:**

Dated:   New York, New York
         02 June 2021

_Victor Marrero_
Victor Marrero
U.S.D.J.