UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------ x
                               :
UNITED STATES OF AMERICA       :
                               :           ORDER
            - v. -             :
                               :       19 Cr. 627 (VM)
LUCIAN ROGERS,                 :
                               :
            Defendant.         :
                               :
                               :
------------------------------ x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 23, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted and a sentencing be scheduled in this matter for December 9, 2022 at 11:00 AM.

SO ORDERED:

Dated:   New York, New York
         September 7, 2022

_____
Victor Marrero
U.S.D.J.