```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

LUCIAN ROGERS,

                Defendant.

19 CR. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of defense counsel's October 24, 2022 letter requesting to be relieved as counsel and for the appointment of counsel for the defendant. The Court hereby schedules a status conference on this issue for Friday, October 28, 2022 at 4:00 PM.

**SO ORDERED.**

Dated:    26 October, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.