```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

LUCIAN ROGERS,

                Defendant.

---

19 CR. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns the status conference scheduled for Friday, October 28, 2022 at 4:00 PM to Friday, November 4, 2022 at 4:00 PM.

**SO ORDERED.**

Dated:    27 October, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.