USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

LUCIAN ROGERS,

                Defendant.

19 CR. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns sine die the status conference scheduled for November 4, 2022 at 4:00 PM.

**SO ORDERED.**

Dated:    4 November, 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.