```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/22

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LUCIAN ROGERS,

                Defendant.

19 CR. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a status conference for December 9, 2022 at 11:00 AM. The Court also hereby adjourns the sentencing set for December 9, 2022 at 11:00 AM until February 10, 2023 at 12:00 PM.

**SO ORDERED.**

Dated:    14 November 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.