```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               Plaintiff,

   - against -

LUCIAN ROGERS,

               Defendant.

19 CR. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the status conference set for December 9, 2022 at 11:00 AM until January 13, 2023 at 11:30 AM.

**SO ORDERED.**

Dated:   7 December 2022
           New York, New York

                                            Victor Marrero
                                              U.S.D.J.