```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

LUCIAN ROGERS,

              Defendant.

19 CR 0627 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that Lee Adam Koch, Mehdi Essmidi, and Patrick Jason Marshall, the attorneys representing the above-captioned defendant, are substituted, and the representation of the defendant is assigned to C.J.A. attorney Gráinne E. O'Neill.

**SO ORDERED.**

Dated:    13 January 2023
           New York, New York

                                          Victor Marrero
                                          U.S.D.J.