# O'NEILL / HASSEN

Attorneys at Law

June 12, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023
```

<u>VIA ECF and Email</u>
Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Lucian Rogers,* 19 Cr 627 (VM)

Dear Judge Marrero:

I represent Lucian Rogers in the above-captioned case. I am writing to request that the sentencing currently scheduled for June 23, 2023 be adjourned for approximately 90 days. The government consents to this request for an adjournment.

This adjournment is necessary for several reasons. There is a question of law in dispute that Mr. Rogers stipulated to in the plea agreement, before undersigned counsel was appointed to his case. Second, we are still retrieving records and materials to aid the Court in fashioning the appropriate sentence.

I thank the Court for its attention to this matter.

> Request GRANTED. The Court hereby granted. The Court hereby adjourns the sentencing of Lucian Rogers set for Friday, June 23, 2023 at 11:30 AM is rescheduled to Friday, September 22, 2023 at 11:00 AM.
>
> SO ORDERED.
> Dated: 13 June, 2023
>
> /s/ Victor Marrero
> U.S.D.J.

Respectfully submitted,

/s/

Grainne E. O'Neill

**1 /** P (646) 808-0997        **4 /** www.oandh.net
**2 /** F (212) 203-1858        **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net       **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA