# O'NEILL / HASSEN

Attorneys at Law

December 28, 2023

VIA ECF and Email
Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/24
```

RE: *United States v. Lucian Rogers,* 19 Cr 627 (VM)

Dear Judge Marrero:

I represent Lucian Rogers in the above-captioned case. I am writing to request that the sentencing currently scheduled for January 5, 2023, be adjourned for approximately 90 days. The government consents to this request for an adjournment.

This adjournment is necessary for several reasons. We continue to retrieve records and materials to aid the Court in fashioning the appropriate sentence.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

```
Request GRANTED.
The above-referenced proceeding is
hereby adjourned to Apr. 5, 2024,
at 10 a.m.

SO ORDERED.
   1/2/24
   DATE                  VICTOR MARRERO, U.S.D.J.
```

1 / P (646) 808-0997        4 / www.oandh.net
2 / F (212) 203-1858        5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net       6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA