# O'NEILL / HASSEN

Attorneys at Law

March 24, 2023

VIA ECF and Email
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/24
```

RE: *United States v. Lucian Rogers,* 19 Cr. 627 (VM)

Dear Judge Marrero:

I represent Mr. Rogers in the above-captioned-matter. Mr. Rogers' sentencing is currently scheduled for April 5, 2024. I am writing to request that the Court adjourn this sentencing proceeding and the associated submission deadlines for two weeks. The government has no objection to this request for an adjournment.

I ask for this adjournment because Mr. Rogers had a recent knee surgery and is still convalescing from the experience. We are also waiting on records related to Mr. Rogers' recent knee surgery, and letters from his family and community – both of which will aid the Court in fashioning the appropriate sentence.

I thank the Court for its attention to this matter.

Request **GRANTED**. Sentencing proceedings in this matter are hereby adjourned to Friday, April 26, at 2 p.m.

**SO ORDERED.**
Dated: 3/22/24

Victor Marrero
U.S.D.J.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Lucian Rogers*

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA