**O'NEILL / HASSEN**   Attorneys at Law

September 25, 2024

VIA ECF and Email
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/24
```

RE: *United States v. Lucian Rogers,* 19 Cr 627 (VM)

Dear Judge Marrero:

    Lucian Rogers is scheduled to voluntarily surrender tomorrow September 26, 2024. I apologize for the late request, but I write to request a one week extension to his surrender date, to October 2, 2024. Mr. Rogers had been trying to address his health concerns prior to tomorrow but has been unable to move his appointment with his doctor, currently scheduled for September 30, 2024. He will attend this doctor's appointment and will then will be able to understand what is troubling his knee.

    As the Court may remember, Mr. Rogers was injured in a workplace incident in which his legs were crushed by a piece of heavy equipment. He has been pursuing physical therapy, but it has been delayed by the Medicaid bureaucracy. He has a final appointment with his doctor scheduled for September 30, where his physician he hopes will be able to review the MRI he recently received and explain the follow-up care that Mr. Rogers needs.

    The government objects to this adjournment request.

    I thank the Court for its attention to this matter. And apologize for the expedited request. A letter from Mr. Rogers' doctor is attached, showing the September 30, 2024 medical appointment.

Respectfully submitted,

/s/

Grainne E. O'Neill

```
Request DENIED.

SO ORDERED.           /s/ Victor Marrero
Dated: 09/26/24           U.S.D.J.
```

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA